UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **ELIZABETH WEAKLEY,**<br><br>Plaintiff,<br><br>v.<br><br>**L3HARRIS TECHNOLOGIES, INC.,** *et al.*,<br><br>Defendants. | Civil Action No.  3:24-cv-00047 |

### JOINT MOTION FOR SETTLEMENT APPROVAL

Plaintiff Elizabeth Weakley ("Plaintiff") and Defendants L3Harris Technologies, Inc. and Aerojet Rocketdyne, Inc. ("Defendants"), by their respective counsel, hereby jointly move this Court for approval of a Settlement Agreement and Release in connection with a class brought under the FLSA. The parties respectfully move this Court to approve their settlement in this matter for the reasons more fully set forth in the accompanying memorandum of law.

Dated:  June 9, 2025                                          Respectfully submitted,

/s/ *Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)
Zev H. Antell (VSB No. 74636)
Samantha R. Galina (VSB No. 96981)
Butler Curwood, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Fax: (804) 237-0413
Email: craig@butlercurwood.com
            zev@butlercurwood.com
            samantha@butlercurwood.com

*Counsel for Plaintiff*

/s/ *Richard J. Batzler*
David L. Greenspan (VSB No. 45420)
Richard J. Batzler (VSB No. 95689)
McGuire Woods LLP
1750 Tysons Blvd., Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5096
Facsimile: (703) 712-5214
Email: dgreenspan@mcguirewoods.com
            rbatzler@mcguirewoods.com

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notification of such filing to Counsel of Record.

/s/ *Craig Juraj Curwood*
Craig Juraj Curwood (VSB No. 43975)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Telephone: (804) 648-4848
Facsimile: (804) 237-0413
Email: craig@butlercurwood.com

*Counsel for Plaintiff*