CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 18, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH WEAKLEY,<br>       *Plaintiff,*<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC, *et al.*,<br>       *Defendants.* | CASE NO. 3:24-cv-00047<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  Elizabeth Weakley ("Plaintiff") and L3Harris Technologies, Inc. and Aerojet Rocketdyne, Inc. ("Defendants'") (collectively the "Parties"), by their respective counsel, jointly move for approval of the settlement agreement reached in connection with Plaintiff's action under the Fair Labor Standards Act (FLSA). Having reviewed the Joint Motion for Settlement Approval (Dkt. 16), the Memorandum in Support thereof (Dkt. 17), and the Settlement Agreement and Release (Dkt. 17-1), and for the reasons stated in the Parties' submissions and on the record at the hearing, the Court **GRANTS** the Motion and approves the Parties' settlement as a fair and reasonable resolution of a bona fide dispute over FLSA claims as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982).

  Accordingly, it is hereby **ORDERED** that the Agreement reached by the Parties is approved and shall take effect. This Court retains jurisdiction to enforce the terms of the settlement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994). The Clerk of the Court shall strike this case from the active docket of the Court.

  It is so **ORDERED**.

  The Clerk shall send a copy of this Order to all counsel of record.

Entered this 18th day of June, 2025.

                                                    */s/ Norman K. Moon*
                                                    NORMAN K. MOON
                                                    SENIOR UNITED STATES DISTRICT JUDGE